IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

MARK ANDREW KEMP,            )
                             )
           Plaintiff,        )
                             )   Civil No. 10-6420-TC
     v.                      )
                             )   ORDER
CITY OF SPRINGFIELD, et al., )
                             )
           Defendants.       )
_____)

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on June 29, 2011. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1   - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and Recommendation. The County defendants' motion to dismiss (#16) is allowed to the extent plaintiff's eighth claim is dismissed without prejudice to refile in an amended complaint within 20 days of the date of this order.

DATED this 9th day of August, 2011.

*Michael C. Hagan*
United States District Judge

2   - ORDER