IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

| | |
|---|---|
| MARK ANDREW KEMP,               )<br>                                 )<br>            Plaintiff,           )<br>                                 )  Civil No. 6:10-cv-6420-TC<br>     v.                          )<br>                                 )  ORDER<br>CITY OF SPRINGFIELD, PETER       )<br>KIRKPATRICK, in his individual  )<br>and official capacities; LANE   )<br>COUNTY; SHERIFF RUSSEL BURGER,   )<br>in his individual and official  )<br>capacities; TERRY FIELDS, in     )<br>her individual and official     )<br>capacities; DR. ALAN KOHN, in    )<br>his original and official       )<br>capacities; DR. JUDY PISONNEAULT)<br>in her individual and official  )<br>capacities; HARVEY MARSHAL, in   )<br>his individual and official     )<br>capacities; MICHAEL MCBRIDE, in)<br>his individual and official     )<br>capacities,                     )<br>                                 )<br>            Defendants.          )<br>_____) | |

1    - ORDER

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on January 30, 2012. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and Recommendation. The motion to dismiss (#46) from defendant City of Springfield and defendant Kirkpatrick is denied.

DATED this 5th day of March, 2012.

_____
United States District Judge

2   - ORDER